UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LYNDA B. HARRIS,**

          **Plaintiff,**

v.                                        Civil Action No. 3:20cv625

**AMERICAN CORADIUS INTERNATIONAL LLC,**

          **Defendant.**

## NOTICE OF SETTLEMENT

Plaintiff Lynda B. Harris and Defendant American Coradius International LLC, by Counsel, hereby notify the Court that the aforementioned parties have settled Plaintiff's claims and are in the process of completing the necessary documents and filing of a notice of voluntary dismissal with prejudice. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                                       Respectfully submitted,
                                                       LYNDA B. HARRIS
                                                       By Counsel

/s/_____
Dale W. Pittman, VSB #15673
Counsel for Plaintiff
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

      /s/_____
      By: Dale W. Pittman, VSB#15673
      Counsel for Plaintiff
      THE LAW OFFICE OF DALE W. PITTMAN, P.C.
      The Eliza Spotswood House
      112-A West Tabb Street
      Petersburg, VA 23803
      (804) 861-6000
      (804) 861-3368 (Fax)
      dale@pittmanlawoffice.com