UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LYNDA B. HARRIS,**

        **Plaintiff,**

v.                                    Civil Action No. 3:20cv625

**AMERICAN CORADIUS INTERNATIONAL LLC,**

        **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by counsel, hereby files this Notice of Voluntary Dismissal with prejudice, and notifies Defendant American Coradius International LLC that Plaintiff hereby voluntarily dismisses her action.

Plaintiff may voluntarily dismiss her action at this time without order of Court because the Plaintiff has not been served with an Answer or a Motion for Summary Judgment by the adverse party.

                                                  Respectfully submitted,
                                                  LYNDA B. HARRIS
                                                  By Counsel

/s/
_____
Dale W. Pittman, VSB #15673
Counsel for Plaintiff
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

                                  /s/_____
                                  By: Dale W. Pittman, VSB#15673
                                  Counsel for Plaintiff
                                  THE LAW OFFICE OF DALE W. PITTMAN, P.C.
                                  The Eliza Spotswood House
                                  112-A West Tabb Street
                                  Petersburg, VA 23803
                                  (804) 861-6000
                                  (804) 861-3368 (Fax)
                                  dale@pittmanlawoffice.com