## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

LYNDA B. HARRIS,         )
                                 )
       Plaintiff,       )
                                 )
v.                          )     Civil Action No. 3:20cv625–HEH
                                 )
AMERICAN CORADIUS    )
INTERNATIONAL LLC,     )
                                 )
       Defendant.    )

## **FINAL ORDER**

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal

filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 8).  It

appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED

WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                              /s/

                             Henry E. Hudson
                             Senior United States District Judge

Date: Oct. 5, 2020
Richmond, VA